| | |
|---|---|
| BUDSBERG LAW GROUP, PLLC | The Honorable Paul B. Snyder |
| P.O. Box 1489 | Location: Tacoma, Washington |
| Olympia, WA 98507 | Chapter 7 |
| (360) 584-9093 | **Hearing Date: May 16, 2013** |
| | **Hearing Time: 9:00am** |
| | **Response Date: May 9, 2013** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

3W ALLIANCE, LLC

Debtor.

Case No. 11-48937
*Chapter 7*

NOTICE AND MOTION TO AUTHORIZE SALE OF PROPERTY FREE AND CLEAR OF LIENS, DETERMINATION OF SECURED CLAIMS, AND DISTRIBUTION OF SALE PROCEEDS AT CLOSING
*(Clerk's Action Required)*

## NOTICE

TO: The Clerk of the Court
AND TO: Debtor(s) and Debtor(s)' Attorney
AND TO: All Creditors and Parties-In-Interest
AND TO: U. S. Trustee

PLEASE TAKE NOTICE that the Trustee has filed a Motion to Authorize Sale of Property Free and Clear of Liens, Determination of Secured Claims, Payment of Debtor's Exemption, and Distribution of Sale Proceeds at Closing for the property located at XXX E 37th St., Puyallup, WA (Tax Parcel #6955000372). Pursuant to 11 USC § 363(b), you and each of you are notified that unless objection is made, filed herein and served on the Trustee on or before May 9, 2013, Brian L. Budsberg, Trustee for the estate of the above-named Debtor(s), will proceed to sell the property according to the terms and conditions contained within the Motion.

NOTICE AND MOTION TO AUTHORIZE SALE OF PROPERTY FREE AND CLEAR OF LIENS, DETERMINATION OF SECURED CLAIMS, AND DISTRIBUTION OF SALE PROCEEDS AT CLOSING - 1

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
Phone: (360) 584-9093
Facsimile: (360) 252-8333

Case 11-48937-PBS    Doc 28    Filed 04/18/13    Ent. 04/18/13 14:42:26    Pg. 1 of 4

The Trustee will proceed to enter an order with this Court authorizing the sale of the property free and clear of liens, a determination of secured claims, and payment of Debtor's exemption funds, and a distribution of sale proceeds at closing at a hearing scheduled for May 16, 2013 at 9:00am, in the United States Bankruptcy Court, Room H, 1717 Pacific Avenue, Tacoma, Washington. Anyone having an objection to the Trustee's Motion must file a written objection with the Court and serve a copy on Trustee's counsel at the address indicated below, no later than May 9, 2013. Failure to file such written objection by the response date will allow movant to proceed with the sale of the property according to the Motion without further notice of hearing.

## **MOTION**

COMES NOW Brian L. Budsberg, Trustee for the estate of the above-named Debtor(s) and hereby moves the Court for an Order to Authorize Sale of Property Free and Clear of Liens, Determination of Secured Claims, and Distribution of Sale Proceeds at Closing of the estate's interest in real property of the estate located at XXX E 37th St., Puyallup, WA as follows:

1. <u>Property Description.</u> The Trustee proposes to sell real property commonly known as XXX E 37th St., Puyallup, WA (Tax Parcel #6955000372).

2. <u>Proposed Sale.</u> The Trustee has entered into a purchase and sale agreement for the property with E W Paffenroth, LLC. A copy of the Agreement is attached as Exhibit A. Below is an abbreviated summary of the most significant terms of this agreement. Parties desiring to discern all terms of the agreement should review the agreement and should not rely on the summary.

    a. The Trustee will sell the property to E W Paffenroth, LLC, for $7,000.00.
    b. The sale will be "as is" and "where is" without warranties of any kind. In making this purchase, buyer has satisfied

NOTICE AND MOTION TO AUTHORIZE SALE OF PROPERTY
FREE AND CLEAR OF LIENS, DETERMINATION OF SECURED
CLAIMS, AND DISTRIBUTION OF SALE PROCEEDS AT CLOSING - 2

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
Phone: (360) 584-9093
Facsimile: (360) 252-8333

Case 11-48937-PBS    Doc 28    Filed 04/18/13    Ent. 04/18/13 14:42:26    Pg. 2 of 4

himself as to the identity, nature, extent, and quality of the property being sold.

    c. Conveyance will be by Trustee's Quit Claim Deed.
    d. Title will be transferred free and clear of all liens, interest and encumbrances.
    e. The Agreement is non-contingent.
    f. Closing is to occur by May 13, 2013.
    g. The sale is conditioned upon Bankruptcy Court approval.

3. <u>Sales and Marketing History</u>. The Trustee was advised by a Realtor that the property was so small that it was effectively unmarketable as no one would be able to build on it. E W Paffenroth, LLC is the only purchaser the Trustee has had an offer from.

4. <u>Sale Free and Clear.</u> The sale pursuant to the agreement will be free and clear of all liens, interests and encumbrances pursuant to 11 U.S.C. § 363. Ordinary closing costs including, without limitation, real estate taxes, excise tax, escrow fees, and title insurance premiums. Thereafter, all liens, interests and encumbrances shall attach to the net proceeds in the order and priority in which they currently exist.

5. <u>Secured Claims</u>. There are no known secured claims on the property.

6. <u>Value to the Estate.</u> Below is Trustee's estimate of the proposed sale's value to the estate:

| | |
|---|---|
| Sales Price | $7,000.00 |
| Less Closing Costs (2%est) | $140.00 |
| Less Property Taxes Due (maximum) | $3,934.01 |
| **Estimated Net to Estate** | **$2,925.99** |

WHEREFORE, the Trustee asks the Court for an order (1) allowing the Trustee to sell the Property commonly described as XXX E 37th St., Puyallup, WA (Tax Parcel #6955000372)

NOTICE AND MOTION TO AUTHORIZE SALE OF PROPERTY
FREE AND CLEAR OF LIENS, DETERMINATION OF SECURED
CLAIMS, AND DISTRIBUTION OF SALE PROCEEDS AT CLOSING - 3

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
Phone: (360) 584-9093
Facsimile: (360) 252-8333

to E W Paffenroth, LLC for an agreed gross sales price of $7,000.00 free and clear of all liens, interests and encumbrances pursuant to 11 U.S.C. § 363, (2) authorizing disbursement form the gross sale proceeds at closing for all closing costs including without limitation escrow fees, title insurance premiums, excise tax, all outstanding real property taxes and a determination that there are no other valid secured claims against the property and (4) authorizing the balance of the sale proceeds to be held by the Trustee as unencumbered funds of the estate.

DATED this 18th day of April, 2013.

BUDSBERG LAW GROUP, PLLC


/s/Brian Budsberg
Brian L. Budsberg, WSBA #11225
Trustee

NOTICE AND MOTION TO AUTHORIZE SALE OF PROPERTY
FREE AND CLEAR OF LIENS, DETERMINATION OF SECURED
CLAIMS, AND DISTRIBUTION OF SALE PROCEEDS AT CLOSING - 4

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
Phone: (360) 584-9093
Facsimile: (360) 252-8333

Case 11-48937-PBS    Doc 28    Filed 04/18/13    Ent. 04/18/13 14:42:26    Pg. 4 of 4